**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7201**

TON JULIUS THOMAS,

Plaintiff - Appellant,

v.

ARMSTEAD, Warden; DAMION FAYALL; N. RAJA, Officer CO Two; DR. NERO, Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:16-cv-02737-CCB)

Submitted: March 20, 2018                           Decided: May 2, 2018

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ton Julius Thomas, Appellant Pro Se. Douglas Conrad Meister, Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ton Julius Thomas appeals the district court's order denying his motion for summary judgment, granting Appellees' motion for summary judgment, and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Armstead*, No. 1:16-cv-02737-CCB (D. Md. filed Aug. 28, 2017, & entered Aug. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*